UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

WILLIAM EDWARD BARNHILL,
JR.,

    Plaintiff,

v.                                              Case No. 6:20-cv-748-RBD-LRH

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____

## ORDER

In this Social Security appeal, Plaintiff seeks review of the Commissioner of Social Security's ("Commissioner") decision to deny him supplemental security income and disability benefits. (Doc. 1.) Plaintiff argues the Administrative Law Judge ("ALJ") erred in: (1) determining he had the residual functional capacity to perform light work with some additional limitations; and (2) the consideration of Plaintiff's subjective complaints of pain. (Doc. 29, pp. 19, 32.) On referral, U.S. Magistrate Judge Leslie R. Hoffman recommends affirming the Commissioner's decision, finding the ALJ's determinations on both issues were supported by substantial evidence. (Doc. 30 ("R&R").)

No party objected to the R&R, and the time for doing so has passed. Absent objection, the Court examined the R&R only for clear error. *See Wiand v. Wells Fargo*

*Bank, N.A.*, No. 8:12-cv-557-T-27EAJ, 2016 WL 355490, at *1 (M.D. Fla. Jan. 28, 2016); *see also Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the Court adopts the R&R in its entirety.

It is **ORDERED AND ADJUDGED**:

1. U.S. Magistrate Judge Leslie R. Hoffman's Report and Recommendation (Doc. 30) is **ADOPTED**, **CONFIRMED**, and made a part of this Order.

2. The Commissioner's final decision is **AFFIRMED**.

3. The Clerk is **DIRECTED** to enter judgment in favor of Defendant Commissioner of Social Security and against Plaintiff William Edward Barnhill, Jr. and to close this case.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on June 16, 2021.

ROY B. DALTON JR.
United States District Judge